UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTIN PEREZ and JENICE PEREZ,

                Plaintiffs,

   -against-

DIVERSIFIED TRANSPORTATION CONCEPTS, INC., and RYAN ARNOLD LOTZ,

                Defendants.
----------------------------------------------------------X

CIVIL ACTION NO.:08-cv-3739 (DAB)

**RULE 7.1 DISCLOSURE**

    I, LORNE M. REITER, attorney for defendants DIVERSIFIED TRANSPORTATION CONCEPTS, INC., and RYAN ARNOLD LOTZ, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to the enactment of Rule 7.1 of the Federal Rules of Civil Procedure.

    The identity of any parent corporations or publicly held corporations that own 10% or more of the stock of named parties are:

**NONE**

Dated: New York, New York
       April 17, 2008

                    LAW OFFICES OF LORNE M. REITER, LLC
                    Attorneys for Defendants
                    DIVERSIFIED TRANSPORTATION CONCEPTS, INC., and
                    RYAN ARNOLD LOTZ
                    14 Wall Street, 20th Floor
                    New York, New York 10005
                    (212) 222-0955
                    Our File Number: 001-0099-MPY

                BY: _____
                    LORNE M. REITER (LR6464)

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## ATTORNEY'S CERTIFICATION OF SERVICE

LORNE M. REITER, ESQ., an attorney duly admitted to practice before this Honorable Court affirms the truth of the following statements under penalty of perjury:

1. I am not a party to this action; I am over 18 years of age and I reside in Rumson, New Jersey.

2. On April 17, 2008, I served the within **RULE 7.1 DISCLOSURE** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name:

TO: Kerner & Kerner
      Attorneys for Plaintiffs
      Office and Post Office Address
      74 Trinity Place, Suite 1402
      New York, New York 10006

Dated: New York, New York
       April 17, 2008

                                            LORNE M. REITER, ESQ. (LR6464)

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com